9788.   ALLEY *v.* ELLIOTT-MADISON COMPANY.

WADE, C. J.   1. "The plaintiff in certiorari shall cause written notice to
be given to the opposite party in interest, his agent, or attorney, of the
sanction of the writ of certiorari, and also the time and place of hear-
ing, at least ten days before the sitting of the court to which the same
shall be returnable, and in default of such notice (unless prevented by
unavoidable cause) the certiorari shall be dismissed." Civil Code,
§ 5190.
2. While it has been held that the following acknowledgment, endorsed
on the petition and signed by counsel for the defendant in certiorari,
was sufficient evidence that he "not only waived written notice of
the time and place of hearing, but also received due and legal notice
of the judge's sanction," to wit: "Due and legal service of the within
petition for certiorari and certiorari acknowledged; notice of time and
place of hearing waived" (*Asher* v. *Cape,* 95 *Ga.* 31, 22 S. E. 41), in
this case no written notice was given to the opposite party in in-
terest, his agent, or attorney, of the sanction of the writ of certiorari
and of the time and place of hearing, and the only acknowledgment or
waiver of notice made by counsel for the defendant in certiorari was
the following: "Due and legal notice of the sanction of the writ of
certiorari in the foregoing case acknowledged."   No reference whatever
was made therein to "the time and place of hearing," and the acknow-
ledgement of notice of'the sanction of the writ was therefore insufficient
to prevent the dismissal of the certiorari upon motion.   The cases of
*McAlister* v. *State,* 77 *Ga.* 599 (3 S. E. 163), and *American Bonding*
    32

& *Surety Co. v. Adams*, 124 *Ga.* 510 (52 S. E. 622), are not in conflict with this ruling.

Judgment affirmed. *Jenkins and Luke, JJ., concur.*

DECIDED JULY 11, 1918.

Certiorari; from Fulton superior court—Judge Bell. April 8, 1918.

*R. R. Jackson*, for plaintiff in error.

*Emile Breitenbucher, M. Herzberg*, contra.